1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                               * * *
7   MARIA G. GARCIA,                          Case No. 2:17-CV-856 JCM (VCF)
8                          Plaintiff(s),                  ORDER
9          v.
10  ALLY FINANCIAL, INC., et al.,
11                         Defendant(s).
12
13          Presently before the court is the matter of *Garcia v. Ally Financial Inc. et al.*, case number
14  2:17-cv-00856-JCM-VCF.
15          In light of the notice of settlement (ECF No. 39) between plaintiff Maria Garcia and
16  defendant Innovis Data Solutions, Inc., the court will deny defendant's motion to dismiss (ECF
17  No. 29) without prejudice to defendant's ability to renew its motion to dismiss should the
18  settlement not materialize.
19          Further, the settling parties shall file, within sixty (60) days of the entry of this order, a
20  stipulation to dismiss or a status report.
21          Accordingly,
22          IT IS SO ORDERED.
23          DATED June 26, 2017.
24                                          _____
25                                          UNITED STATES DISTRICT JUDGE
26
27
28

**James C. Mahan**
**U.S. District Judge**