Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G. GARCIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC; AURORA BANK FSB; CHASE BANK USA, N.A.; COMENITY BANK/ VICTORIA'S SECRET; HOME LOAN SERVICES, INC; MACY'S/ DEPARTMENT STORE/NATIONAL BANK; OCWEN LOAN SERVICING, LLC; SETERUS, INC; DYNAMIC RECOVERY SOLUTIONS, LLC; OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00856-JCM-VCF<br><br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice.  Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 11th day of July, 2018.

| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Andrew J. Sharples* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |
|---|---|
| /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 8629 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services, LLC* | |

*/ / /*

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 2

*Garcia v. Ally Financial Inc et al*
2:17-cv-00856-JCM-VCF

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED July 12, 2018.