JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL P LC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

MARIA G. GARCIA,

       Plaintiff,

    v.

ALL Y FINANCIAL INC; AURORA BANK FSB;
CHASE BANK USA, N.A.; COMENITY BANKI
VICTORIA'S SECRET; HOME LOAN
SERVICES, INC; MACY'SI DEPARTMENT
STORES NATIONAL BANK; OCWEN LOAN
SERVICING, LLC; SETERUS, INC; DYNAMIC
RECOVERY SOLUTIONS, LLC; OPUS CAPITAL
MARKETS CONSULTANTS, LLC A/K/A
CBCINN/OPUS CAPITAL MARK; EQUIFAX
INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC; INNOVIS
DATA SOLUTIONS, INC.,

       Defendants.

Case No.: 2:17-CV-00856-JCM-VCF

**SUBSTITUTION OF ATTORNEY**

Equifax Information Services, LLC hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

              Equifax Information Services, LLC

I consent to the above substitution.

DATED: 1/3/9

              Bradley T. Austin, Esq.

1  I am duly admitted to practice in this District.

2  Above substitution accepted.

3  DATED: 1/2/2019

4  Jeremy J. Thompson, Esc.

5

6  Please check one: ✓ **RETAINED,** or ____ APPOINTED BY THE COURT

7  APPROVED:

8  DATED: 1-4-2019

9  UNTIED STATES ~~DISTRICT~~ JUDGE
   Magistrate

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY