| | |
|---|---|
| JEREMY J. THOMPSON<br>Nevada Bar No. 12503<br>**CLARK HILL PLLC**<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>E-mail: jthompson@clarkhill.com<br>Telephone: (702) 862-8300<br>Facsimile: (702) 862-8400 | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA G. GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALL Y FINANCIAL INC; AURORA BANK FSB; CHASE BANK USA, N.A.; COMENITY BANKI VICTORIA'S SECRET; I·IOME LOAN SERVICES, INC; MACY'SI DEPARTMENT STORES NATIONAL BANK; OCWEN LOAN SERVICING, LLC; SETERUS, INC; DYNAMIC RECOVERY SOLUTIONS, LLC; OPUS CAPITAL MARKETS CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-CV-00856-JCM-VCF<br><br><br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail: jthompson@clarkhill.com

Dated this 8th day of January, 2019.

CLARK HILL PLLC

By: /s/ JEREMY J. THOMPSON JEREMY J. THOMPSON
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500 Las Vegas, Nevada 89169

IT IS SO ORDERED.
DATED: 1-8-2019 _____

_____
UNTIED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on January 8, 2019, service of the following: Motion for Change of Attorney Designation was served to all noticed parties via ECF.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

/s/ Nancy Rodriguez
Nancy Rodriguez