Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC; AURORA BANK FSB; CHASE BANK USA, N.A.; COMENITY BANK/ VICTORIA'S SECRET; HOME LOAN SERVICES, INC; MACY'S/ DEPARTMENT STORE/NATIONAL BANK; OCWEN LOAN SERVICING, LLC; SETERUS, INC; DYNAMIC RECOVERY SOLUTIONS, LLC; OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:17-cv-00856-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY - 1

Plaintiff Maria G. Garcia and Defendant EQUIFAX INFORMATION SERVICES, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated January 22, 2019.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Jeremy J. Thompson* <br> Jeremy J. Thompson, Esq. <br> Nevada Bar No. 12503 <br> CLARK HILL PLLC <br> 3800 Howard Hughes Pkwy., Ste. 500 <br> Las Vegas, NV 89169 <br> Email: jthompson@clarkhill.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services, LLC* |
| /s/ *Timothy J. Lepore* <br> Timothy J. Lepore, Esq. <br> Nevada Bar No. 13908 <br> ROPERS, MAJESKI, KOHN & BENTLEY, P.C. <br> 3753 Howard Hughes Pkwy., Suite 200 <br> Las Vegas, NV 89169 <br> Email: timothy.lepore@rmkb.com <br><br> *Counsel for Defendant* <br> *Opus Capital Markets Consultants, LLC* | |

*/ / /*

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY - 2

*Garcia v. Ally Financial Inc et al*
*Case No. 2:17-cv-00856-JCM-VCF*

**ORDER GRANTING**

**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC,**

**WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED January 28, 2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION
SERVICES, LLC, ONLY - 3