Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G. GARCIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC; AURORA BANK FSB; CHASE BANK USA, N.A.; COMENITY BANK/ VICTORIA'S SECRET; HOME LOAN SERVICES, INC; MACY'S/ DEPARTMENT STORE/NATIONAL BANK; OCWEN LOAN SERVICING, LLC; SETERUS, INC; DYNAMIC RECOVERY SOLUTIONS, LLC; OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00856-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK, ONLY** |

Plaintiff Maria G. Garcia and Defendant OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated January 23, 2019.

| /s/ *Miles N. Clark* | /s/ *Timothy J. Lepore* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Timothy J. Lepore, Esq.<br>Nevada Bar No. 13908<br>ROPERS, MAJESKI, KOHN & BENTLEY, P.C.<br>3753 Howard Hughes Pkwy., Suite 200<br>Las Vegas, NV 89169<br>Email: timothy.lepore@rmkb.com<br><br>*Counsel for Defendant*<br>*Opus Capital Markets Consultants, LLC* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED January 28, 2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OPUS CAPITAL MARKETS; CONSULTANTS, LLC A/K/A CBCINN/OPUS CAPITAL MARK, ONLY - 2